**WALDON ADELMAN CASTILLA
MCNAMARA & PROUT**
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
900 CIRCLE 75 PARKWAY
SUITE 1040
ATLANTA, GEORGIA 30339

TELEPHONE (770) 953-1710　　　　　　　　　　　　　　　　　　FACSIMILE (770) 933-9162

December 20, 2023

<u>*Sent via Certified Mail*</u>
Urgent Care Primary Care
Attn: Medical Records
870 Collins Hill Rd.
Lawrenceville, GA 30043

      Re:    Patient Name: Abdul Mian
                DOB: 03/03/1964
                My File Name: **Abdul, Mian (Walmart)**

Dear Sir/Madam:

     Attached hereto, please find defendants' Subpoena to Produce Documents regarding the above-referenced case. Defendants are requesting your medical records for plaintiff Mian Abdul.

     My office is happy to reimburse your reasonable charges related to the copying of your records in accordance with the Federal Rules. If this charge exceeds $250.00, please notify my office in writing or contact my paralegal, Courtney Carlson, before sending the medical records to obtain authorization. I have also enclosed a Certification for you to sign and return with the documents. If you do not have any records concerning this patient, please return this letter with your name and a handwritten note stating: "no records."

     If you have any **questions or concerns** regarding this matter, please contact my paralegal, Courtney Carlson, at ccarlson@waldonadelman.com.

                                             Sincerely,

                                             */s/Carolyn L. Lee*

                                             Carolyn L. Lee
                                             WALDON ADLEMAN CASTILLA
                                             MCNAMARA & PROUT

Enclosures

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| ABDUL MIAN, | ) | |
| | ) | CIVIL ACTION FILE NO.: |
| | ) | 1:23-cv-04254-SEG |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| WAL-MART STORES EAST, LP; | ) | |
| SAM QUBTY AND JOHN DOE 1-5 | ) | |
| | ) | |
| Defendants. | ) | |

## EXHIBIT "A"

Patient Name: Abdul Mian
DOB: 03/03/1964

a) Any and all patient information forms and/or questionnaire forms completed by patient;

b) Your files on patient;
c) All documents relating to treatment provided to patient;

d) All diagnostic testing;

e) All X-ray films or discs, ultrasounds, CT scans, MRIs; and

f) All records concerning payments to you by any source at any time with regard to patient.

## 5.4(A) CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.4(A), I hereby certify that a copy of defendants' Subpoena to Produce Documents was filed electronically on December 20, 2023 using the CM/ECF system in the United States District Court Northern District of Georgia Atlanta Division with notice of the same to be electronically mailed by the Court to the following attorneys of record:

Darl H. Champion, Jr., Esq.
Eric B. Funt, Esq.
The Champion Firm
445 Franklin Gateway, SE
Suite 100
Marietta, GA 30067
champ@thechampionfirm.com
eric@thechampionfirm.com

This 20th day of December, 2023.

WALDON ADELMAN CASTILLA
MCNAMARA & PROUT

/s/ Carolyn L. Lee
Steven R. Wilson
Georgia Bar No. 614233
Carolyn L. Lee
Georgia Bar No. 772008
*Attorneys for Defendants*

900 Circle 75 Parkway
Suite 1040
Atlanta, Georgia 30339
(770) 953-1710
swilson@waldonadelman.com
clee@waldonadelman.com

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ABDUL MIAN, ) | |
| ) | CIVIL ACTION FILE NO.: |
| ) | 1:23-cv-04254-SEG |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| WAL-MART STORES EAST, LP; ) | |
| SAM QUBTY AND JOHN DOE 1-5 ) | |
| ) | |
| Defendants. ) | |

## **CERTIFICATION AND DECLARATION**

Before the undersigned officer, duly authorized by law to administer oaths, came _____, who first being sworn, deposed, affirmed that he/she is a custodian or other qualified person competent to attest to the following, hereby certifies that the enclosed documents constitute the materials responsive to the Request for Production of Documents in the care, custody and control of **Urgent Care Primary Care.** Said medical records attached hereto are certified to constitute clinical records relating to the treatment of the patient and such information is kept in this institution as reasonably necessary for the treatment of the patient.  Further, these records were created at or near the time of the described acts, events, conditions, opinions and/or diagnoses; made by, or from information transmitted by, a person with personal knowledge and a business duty to report; kept in the course of a regularly conducted business activity; and it was the regular practice of that business activity to make the memorandum, report, record, or data compilation.

This the _____ day of _____, 2023.

_____
Records Custodian

Sworn to and subscribed before me, this the
_____ day of _____, 2023.

_____
Notary Public