IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| ABDUL MIAN, | ) | |
| | ) | CIVIL ACTION FILE NO.: |
| | ) | 1:23-cv-04254-SEG |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| WAL-MART STORES EAST, LP; | ) | |
| SAM QUBTY AND JOHN DOE 1-5 | ) | |
| | ) | |
| Defendants. | ) | |

## **RULE 5 CERTIFICATE OF SERVICE**

Pursuant to Federal Rules of Civil Procedure Rule 5, I hereby certify that I electronically filed Walmart's Subpoena to Produce Documents to Amazon.com Services, LLC, Gwinnett Clinic, Northeast Georgia Medical Center, Northside Hospital Forsyth, Ortho Atlanta, and Urgent Care Primary Care using the CM/ECF system in the United States District Court for the Southern District of Georgia, which will automatically send e-mail notification of such filing to the following attorney(s) of record:

Darl H. Champion, Jr., Esq.
Eric B. Funt, Esq.
The Champion Firm
445 Franklin Gateway, SE
Suite 100
Marietta, GA 30067
champ@thechampionfirm.com
eric@thechampionfirm.com

This 20th day of December, 2023.

WALDON ADELMAN CASTILLA
MCNAMARA & PROUT

/s/ Carolyn L. Lee
Steven R. Wilson
Georgia Bar No. 614233
Carolyn L. Lee
Georgia Bar No. 772008
*Attorneys for Defendants*


900 Circle 75 Parkway
Suite 1040
Atlanta, Georgia 30339
(770) 953-1710
swilson@waldonadelman.com
clee@waldonadelman.com