IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ABDUL MIAN, ) | |
| ) | CIVIL ACTION FILE NO.: |
| ) | 1:23-cv-04254-SEG |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| WAL-MART STORES EAST, LP; ) | |
| SAM QUBTY AND JOHN DOE 1-5 ) | |
| ) | |
| Defendants. ) | |

## RULE 5 CERTIFICATE OF SERVICE

Pursuant to Federal Rules of Civil Procedure Rule 5, I hereby certify that I electronically filed Walmart's Subpoena to Produce Documents to Emory Orthopaedics and Spine Center, Integrated Therapy, LLC, and Primary Care Center of Georgia using the CM/ECF system in the United States District Court for the Southern District of Georgia, which will automatically send e-mail notification of such filing to the following attorney(s) of record:

Darl H. Champion, Jr., Esq.
Eric B. Funt, Esq.
The Champion Firm
445 Franklin Gateway, SE
Suite 100
Marietta, GA 30067
champ@thechampionfirm.com
eric@thechampionfirm.com

This 28th day of February, 2024.

WALDON ADELMAN CASTILLA
MCNAMARA & PROUT

/s/ Carolyn L. Lee
Steven R. Wilson
Georgia Bar No. 614233
Carolyn L. Lee
Georgia Bar No. 772008
*Attorneys for Defendants*

900 Circle 75 Parkway
Suite 1040
Atlanta, Georgia 30339
(770) 953-1710
swilson@waldonadelman.com
clee@waldonadelman.com