IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ABDUL MIAN, ) | |
| ) | CIVIL ACTION FILE NO.: |
| ) | 1:23-cv-04254-SEG |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| WAL-MART STORES EAST, LP; ) | |
| SAM QUBTY AND JOHN DOE 1-5 ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF REMOTE DEPOSITION

YOU ARE HEREBY NOTIFIED that, at 10:00 a.m. on Monday, the 8th day of April, 2024, the undersigned counsel for Defendant will depose Plaintiff ABDUL MIAN remotely, via Zoom Video Communications.

This deposition will be taken for the purposes of discovery and cross-examination upon oral examination pursuant to the Georgia Civil Practice Act before an officer duly authorized by law to administer oaths. The oral examination will continue until completed.

Respectfully submitted on this the 12th day of March, 2024.

{Signature on Next page}

WALDON ADELMAN CASTILLA
MCNAMARA & PROUT

/s/ Carolyn L. Lee
_____

Steven R. Wilson
(State Bar No. 614233)
Carolyn L. Lee
(State Bar No. 772008)
*Attorneys for Walmart*

900 Circle 75 Parkway
Suite 1040
Atlanta, Georgia 30339
(770) 953-1710
swilson@waldonadelman.com
clee@waldonadelman.com

## **CERTIFICATE OF COMPLIANCE**

On this the 12th day of March, 2024, the undersigned hereby certifies that the foregoing pleading complies with the font and point selections approved by the Court pursuant to Local Rule 5.1B. The foregoing pleading has been prepared in 14-point Times New Roman font.

                                WALDON ADELMAN CASTILLA
                                MCNAMARA & PROUT

                                /s/ Carolyn L. Lee
                                _____
                                Steven R. Wilson
                                (State Bar No. 614233)
                                Carolyn L. Lee
                                (State Bar No. 772008)
                                *Attorneys for Walmart*

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ABDUL MIAN, ) | |
| ) | CIVIL ACTION FILE NO.: |
| ) | 1:23-cv-04254-SEG |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| WAL-MART STORES EAST, LP; ) | |
| SAM QUBTY AND JOHN DOE 1-5 ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that, on this the 12th day of March, 2024, I electronically filed the foregoing *NOTICE OF REMOTE DEPOSITION* with the Clerk of this Court using the CM/ECF system which will automatically provide notice of such filing via electronic mail to the following attorney(s) of record:

Michael T. Bennett, Jr.
BENNETT LAW GROUP
1201 Peachtree Street, NE
Suite 2000
Atlanta, Georgia 30361
mike.bennett@bennettlawgroup.net
Attorney for Plaintiff

This 12th day of March, 2024.

{Signature on Next page}

|  |  |
|---|---|
|  | WALDON ADELMAN CASTILLA MCNAMARA & PROUT |
|  | /s/ Carolyn L. Lee |
|  | _____ |
|  | Steven R. Wilson <br> (State Bar No. 614233) <br> Carolyn L. Lee <br> (State Bar No. 772008) <br> *Attorneys for Walmart* |
| 900 Circle 75 Parkway <br> Suite 1040 <br> Atlanta, Georgia 30339 <br> (770) 953-1710 <br> swilson@waldonadelman.com <br> clee@waldonadelman.com |  |