IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ABDUL MIAN, | ) |
| | ) CIVIL ACTION FILE NO.: |
| | ) 1:23-cv-04254-SEG |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| WAL-MART STORES EAST, LP; | ) |
| SAM QUBTY AND JOHN DOE 1-5 | ) |
| | ) |
| Defendants. | ) |

## RULE 5 CERTIFICATE OF SERVICE

Pursuant to Federal Rules of Civil Procedure Rule 5, I hereby certify that I electronically filed Walmart's Subpoena to Produce Documents to Emory Orthopaedics and Spine Center, Integrated Therapy, LLC, and Primary Care Center of Georgia using the CM/ECF system in the United States District Court for the Southern District of Georgia, which will automatically send e-mail notification of such filing to the following attorney(s) of record:

> Michael T. Bennett, Jr.
> BENNETT LAW GROUP
> 1201 Peachtree Street, NE
> Suite 2000
> Atlanta, Georgia 30361
> mike.bennett@bennettlawgroup.net

This 13th day of March, 2024.

> WALDON ADELMAN CASTILLA
> MCNAMARA & PROUT
>
> /s/ Carolyn L. Lee
> Steven R. Wilson

                                            Georgia Bar No. 614233
                                            Carolyn L. Lee
                                            Georgia Bar No. 772008
                                            *Attorneys for Defendants*

900 Circle 75 Parkway
Suite 1040
Atlanta, Georgia 30339
(770) 953-1710
swilson@waldonadelman.com
clee@waldonadelman.com