IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ABDUL MIAN, ) | |
| ) | |
| Plaintiff, ) | Civil Action File No: |
| ) | 1:23-CV-04254-SEG |
| vs. ) | |
| ) | |
| WAL-MART STORES EAST, LP.; ) | |
| SAM QUBTY AND JOHN DOE 1-5, ) | |
| ) | |
| Defendants. ) | |

**<u>DEFENDANT WALMART'S RULE 26.3 CERTIFICATE OF SERVICE OF DISCOVERY MATERIALS</u>**

The undersigned hereby certifies, pursuant to Rule 26.3 of the Local Rules of the United States District Court, Northern District of Georgia, and provides notice that the following discovery materials were served upon all parties of record in this action: Defendant Walmart' Non-Party Subpoena to Produce Documents to:

Amazon.com Services, LLC, c/o Corporation Services Company
2 Sun Court, Suite 400, Peachtree Corners, GA 30092

## CERTIFICATE OF SERVICE AND COMPLIANCE WITH L.R. 5.1

This is to certify that I have this day served the foregoing with the Clerk of Court and upon all counsel of record using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Michael T. Bennett, Jr.
Bennett Law Group
Two Midtown Plaza, Suite 1220
1349 West Peachtree Street, NW
Atlanta, GA  30309
Mike.bennett@bennettlawgroup.net
*Attorneys for Plaintiff*

This  4th  day of February, 2025.

WALDON ADELMAN CASTILLA
MCNAMARA & PROUT


  /s/ Matthew J. Hurst      
Matthew J. Hurst
Georgia Bar No. 480267
*Attorneys for Wal-Mart*

900 Circle 75 Parkway
Suite 1040
Atlanta, Georgia 30339
(770) 953-1710
mhurst@waldonadelman.com